UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WISDOMTREE, INC.,

                                    Plaintiff,

            -v-

JOHN DOES 1–10,

                                    Defendants.

25 Civ. 194 (PAE)

ORDER

**PAUL A. ENGELMAYER, District Judge:**

The Court has received plaintiff's motion for default judgment, and supporting papers, as to defendants Deng Ling, Pergo, Inc., and WisdomTree Finance Ltd. Dkts. 62–65. These generally appear to be in good order. However, per the Court's Individual Rules, the attorney's affidavit or declaration in support of a motion for default judgment must set forth legal authority for why an inquest into damages would be unnecessary. Individual Rule 3.P. Accordingly, counsel for plaintiff is directed to file a revised declaration on the docket, by **March 9, 2026**, addressing this issue.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 3, 2026
       New York, New York