UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

WISDOMTREE, INC.,

                                        Plaintiff,

                    -v-

JOHN DOES 1–10 *et al.*,

                                        Defendants.

25 Civ. 194 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On January 9, 2025, plaintiff WisdomTree, Inc. ("WisdomTree") filed the Complaint in this case. Dkt. 1. On March 24 and June 17, 2025, with leave of the Court, WisdomTree filed the Amended Complaint and Second Amended Complaint. Dkts. 21, 39 ("SAC"). In August and October 2025, WisdomTree served defendants WisdomTree Finance LTD, Deng Ling, and Pergoo, Inc. ("defendants") with process. Dkts. 44, 46. On November 13, 2025, WisdomTree obtained a Clerk's Certificate of Default as to each of those defendants. Dkts. 50–52.

On February 3, 2026, WisdomTree moved for default judgment and a permanent injunction as to defendants. Dkts. 62–64. On March 9, 2026, in response to this Court's Order directing WisdomTree to file a declaration setting forth legal authority for why an inquest into damages would be unnecessary, Dkt. 66, WisdomTree filed a revised declaration in support of that motion. Dkt. 67. On March 10, 2026, the Court ordered defendants to show cause why a default judgment and permanent injunction is not warranted. Dkt. 68. To date, no defendant has responded to the Complaint or otherwise appeared in this action. The Court therefore considers WisdomTree's motion unopposed.

1

The Court has reviewed WisdomTree's motion for default judgment and a permanent injunction pursuant to Federal Rule of Civil Procedure 55(b) and WisdomTree's supporting affidavit and submissions. Dkts. 62–64, 67. Because proof of service has been filed as to defendants, no defendant has answered the SAC, the time for answering has expired, and defendants have failed to appear to contest the entry of a default judgment and permanent injunction, the Court enters a default judgment in favor of WisdomTree on the claims against defendants and grants WisdomTree's motion for a permanent injunction.

By separate order, the Court refers this case to a United States Magistrate Judge for an inquest into damages. WisdomTree shall serve this Order upon all defendants and file an affidavit reflecting such service on the docket by **June 10, 2026**.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated:    5/27/2026
New York, New York

2